A CERTIFIED TRUE COPY
ATTEST

By Debbie Nguyen on Jul 07, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 22, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MUTUAL FUNDS INVESTMENT LITIGATION

| | | |
|---|---|---|
| Carl Kircher, et al. v. Putnam Funds Trust, et al., | ) | |
| S.D. Illinois, C.A. No. 3:10-326  JFM-10-1887 | ) | MDL No. 1586 |

### CONDITIONAL TRANSFER ORDER (CTO-23)

On February 20, 2004, the Panel transferred 91 civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 310 F.Supp.2d 1359 (J.P.M.L. 2004). Since that time, 338 additional actions have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable J. Frederick Motz.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of Maryland and assigned to Judge Motz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Maryland for the reasons stated in the order of February 20, 2004, and, with the consent of that court, assigned to the Honorable J. Frederick Motz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Jul 07, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby attest and certified on ___7/13/2010___ that the foregoing document is full, true and Correct copy of the originals on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy